# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JOHANN CARDENAS** | * | **CIVIL ACTION NO. 17-CV-5945** |
| **VERSUS** | * | **JUDGE JANE TRICHE MILAZZO** |
| **ANADARKO PETROLEUM CORPORATION** | * | **MAG. JANIS VAN MEERVELD** |

* * * * * * * * * ** * * * * * * * * ** * * * * * *

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Joint Motion to Dismiss with Prejudice;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED**, that all claims of Plaintiff, Johann Cardenas, against Defendant, Anadarko Petroleum Corporation, in the above-captioned matter, be, and are hereby ***dismissed, with prejudice***, with each party to bear its own costs.

New Orleans, Louisiana this 4th day of December, 2017.

_____
**JANE TRICHE MILAZZO**
**DISTRICT JUDGE**